**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**TONY CURTIS AINLEY, JR.**
**ADC #140402**                                                                                  **PLAINTIFF**

**V.**                           **NO: 5:12CV00052 BSM**

**CURTIS MEINZER**                                                                          **DEFENDANT**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed, and no objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Ainley's motion to voluntarily dismiss his complaint [Doc. No. 12] is granted, and Ainley's complaint is dismissed without prejudice.

2.      It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

An appropriate judgment shall accompany this order.

DATED this 19th day of October 2012.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE