IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TONY CURTIS AINLEY, JR.**
**ADC #140402**                                                                                          **PLAINTIFF**

**V.**                                     **NO: 5:12CV00052 BSM**

**CURTIS MEINZER**                                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of October 2012.

_____
UNITED STATES DISTRICT JUDGE